# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARIQ WYATT, | : Civil No. 3:16-CV-01438 |
| Plaintiff, | : |
| v. | : Judge Jennifer P. Wilson |
| LIEUTENANT BUTTS, *et al.*, | : |
| Defendants. | : Magistrate Judge Joseph F. Saporito, Jr. |

## ORDER

**AND NOW**, on this 4th day of June, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The report and recommendation issued by United States Magistrate Judge Joseph F. Saporito, Jr. (Doc. 94) is **ADOPTED IN ITS ENTIRETY**.

2. The parties' objections (Docs. 95, 97) are **OVERRULED**.

3. Wyatt's Fifth Amendment and Fourteenth Amendment claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1).

4. Defendants' motion for summary judgment (Doc. 85) is **DENIED IN PART AND GRANTED IN PART**.  The motion is denied with respect to Plaintiff's retaliation claims and granted in all other respects.  Accordingly, Defendants are granted summary judgment as to Plaintiff's excessive force, access to courts, medical care, and conditions of confinement claims.

5. A status conference is scheduled for **June 24, 2020 at 10:30 a.m.** to discuss a schedule for the remainder of this case.  The conference will be by telephone.  Counsel for Plaintiff shall initiate the call by calling chambers at (717) 221-3970 after all parties are on the line.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
